UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------

In re:

                                      BKY 16-41844-RJK

Nicholas R. Sellner, Sr. and,
Jennifer L. Sellner,                        Chapter 13

        Debtors.

---------------------------------------------------------

**NOTICE OF HEARING AND MOTION TO DECONSOLIDATE CASES**

      To:    The United States Trustee, Gregory A. Burrell, Ch. 13 Trustee and other entities specified in Local Rule 9013-3:

      1.    The debtors, by their undersigned attorneys, Robert J. Hoglund and Michael J. Sheridan, move the court for an order deconsolidating their Chapter 13 cases.

      2.    The Court will hold a hearing on this Motion on Thursday, November 14, 2019 at 10:00 AM in Courtroom 8West, 300 S 4th St, Minneapolis, Minnesota 55415 or as soon thereafter as counsel may be heard.

      3.    Any response to this Motion must be filed and served not later than Friday, November 8, 2019, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays), UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT HEARING.

      4.    This Court has jurisdiction under 28 U.S.C. § § 157 and 1334, Fed.R.Bankr.P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 13 was filed June 20, 2016. The case is now pending in this court.

      5.    On the date of filing, the cases were routinely consolidated pursuant to Fed.R.Bankr.P. 1015(b).

      6.    The debtors are now in the process of dissolving their marriage and seek to deconsolidate/sever their cases so that each may be independently responsible for the

completion of their case.

7. As soon as the cases are deconsolidated, Jennifer Sellner will move to convert her case into a Chapter 7 case. Nicholas Sellner intends to complete his current Chapter 13 case.

Wherefore, the debtors seek entry of an order deconsolidating the case of Jennifer Sellner from the present case; assigning a separate case number to her deconsolidated case; and deeming all pleadings and claims filed in the present case to be filed in the deconsolidated case.

Dated: October 31, 2019                     Respectfully submitted,

                                            HOGLUND, CHWIALKOWSKI &
                                            MROZIK P.L.L.C

                                            By: /e/ Robert J. Hoglund
                                            Robert J. Hoglund (#0210997)
                                            Attorney for Nicholas Sellner
                                            1781 West County Road B
                                            PO Box 130938
                                            Roseville, MN 55113
                                            (651) 628-9929


Dated: October 31, 2019                     Respectfully submitted,

                                            ATLAS LAW FIRM, LLC

                                            By: /e/ Michael J. Sheridan
                                            Michael J. Sheridan (#0388936)
                                            Attorney for Jennifer Sellner
                                            2006 First Ave. N., Suite 206
                                            Anoka, MN 55303
                                            (763) 229-7538

## VERIFICATION

    Nicholas R. Sellner, Sr., the debtor named in the motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: October 31, 2019　　　　　　　　s/ *Nicholas R. Sellner, Sr.*
　　　　　　　　　　　　　　　　　　　　Nicholas R. Sellner, Sr.


    Jennifer L. Sellner, the debtor named in the motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: October 31, 2019　　　　　　　　s/ *Jennifer L. Sellner*
　　　　　　　　　　　　　　　　　　　　Jennifer L. Sellner

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Nicholas R. Sellner, Sr. and,
Jennifer L. Sellner,

Debtors.

BKY 16-41844-RJK

Chapter 13

---

**DECLARATION OF DEBTORS IN SUPPORT OF
MOTION TO DECONSOLIDATE CASES**

We, Nicholas R. Sellner, Sr. and Jennifer L. Sellner, declare

1. We are the debtors in the present case.

2. We are in the process of dissolving our marriage.

3. We desire to separate our bankruptcy cases so that each of us can be individually responsible for our finances and for the success of our individual bankruptcy cases.

4. We wish to separate the case and then convert Jennifer L. Sellner's case to a Chapter 7.

5. Nicholas R. Sellner, Sr. wishes to continue in his current Chapter 13 case.

6. Jennifer L. Sellner has substituted Michael J. Sheridan as her legal counsel. Robert J. Hoglund will continue to represent Nicholas R. Sellner, Sr. in his bankruptcy case.

7. We each declare under penalty of perjury that the foregoing is true and correct.

Date: 10/14/19 _____          _____
                                      Nicholas R. Sellner, Sr.


Date: 10/14/19 _____          _____
                                      Jennifer L. Sellner

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------------

In re:

    Nicholas R. Sellner, Sr. and,
    Jennifer L. Sellner,

         Debtors.

BKY 16-41844-RJK

Chapter 13

-----------------------------------------------------------

**ORDER ON MOTION TO DECONSOLIDATE CASES**

Upon consideration of the motion to deconsolidate cases of Nicholas R. Sellner, Sr. and Jennifer L. Sellner, the debtors herein,

**IT IS ORDERED**, that the cases will be split and administered separately.


Dated:                                                            _____
                                                                                    United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

           Nicholas R. Sellner, Sr. and,
           Jennifer L. Sellner,

           Debtors.

BKY 16-41844-RJK

Chapter 13

---

## UNSWORN CERTIFICATE OF SERVICE

I, Michael J. Sheridan, declare under penalty of perjury that on October 31, 2019, I mailed copies of the foregoing Motion to Deconsolidate Cases and Declaration in Support, signed by debtors by electronic mail to all filing users in this case, and by first class mail postage prepaid to each entity named below at the address stated below for each entity:

AES INC
PO Box 7051
Utica, NY 13504

Amazon/ Synchrony Bank
PO BOX 965015
Orlando, FL 32896

Bank Of America
PO Box 982238
El Paso, TX 79998

Barclays Bank Delaware
PO Box 8801
ATTENTION: BANKRUPTCY
Wilmington, DE 19899

CAPITAL ONE BANK (USA) N.A.
PO Box 30285
ATTN: BANKRUPTCY DEPT.
Salt Lake City, UT 84130

Capital One / Menards
P.O. Box 15521
Wilmington, DE 19850

Care Credit/ Synchrony Bank
PO Box 965036
Orlando, FL 32896

Chase
PO Box 15298
Wilmington, DE 19850

Citi Cards
PO BOX 6241
Sioux Falls, SD 57117

Comenity Bank
PO Box 182273
Columbus, OH 43218-227

Connexus Credit Union
PO Box 8026
Wausau, WI 54402

Dicks/ Synchrony Bank
PO Box 965005
Orlando, FL 32896

Discover Financial Services
PO Box 30943
ATTN: Bankruptcy
Salt Lake City, UT 84130-094

FORD CREDIT
PO BOX 542000
Omaha, NE 68154

Firefly Credit Union
2535 27th Ave S
Minneapolis, MN 55406-130

Ford Credit
National Bankruptcy Service Ctr
PO BOX 62180
Colorado Springs, CO 80962

| | |
|---|---|
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | STATE FARM BANK<br>310 PRICE PL<br>Madison, WI 53705 |
| JC Penny<br>PO Box 965007<br>Orlando, FL 32896-000 | Sams Club/ Synchrony Bank<br>PO Box 965005<br>Roswell, GA 32896 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | Santander Consumer USA<br>PO Box 961245<br>Ft Worth, TX 76161 |
| Lowes/ Synchrony Bank<br>PO Box 965005<br>Orlando, FL 32896 | State Farm Bank<br>PO Box 5961<br>Madison, WI 53705 |
| MN Department of Revenue<br>Mail Station 7703<br>Saint Paul, MN 55146 | Target N.b.<br>Mailstop Bv P.O.Box 9475<br>C/O FINANCIAL & RETAIL SERVICES<br>Minneapolis, MN 55440 |
| MedCredit Financial Services<br>PO Box 77037<br>Minneapolis, MN 55480 | The Home Depot/cbna<br>PO Box 20363<br>CITICORP CREDIT SERVICES/ATTN: CENTRAL<br>Kansas City, MO 64195 |
| NATIONWIDE ADVANTAGE MORTGAGE<br>1100 LOCUST ST<br>Des Moines, IA 50391 | |
| Nationwide Advantage Mortgage<br>PO BOX 919010<br>Des Moines, IA 50391 | |
| Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773 | |
| Nicholas R. Sellner, Sr.<br>200 Third St. NW<br>Saint Michael, MN 55376 | |
| Onemain Financial<br>PO Box 499<br>Hanover, MD 21076 | |

| | |
|---|---|
| Executed on: October 31, 2019 | Signed: */e/ Michael J. Sheridan*<br>ATLAS LAW FIRM, LLC<br>Michael J. Sheridan (388986)<br>2006 First Ave. N., Suite 206<br>Anoka, MN 55303 |